**GIBSON DUNN**

Lauren R. Goldman
Partner
T: 212.351.2375
F: 212.716.0875
lgoldman@gibsondunn.com

January 15, 2025

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *State of Connecticut v. 3M Company et al.*, No. 25-11

Dear Ms. Wolfe:

    I write to respectfully request, pursuant to Local Rule 31.2(a)(1)(A), that the deadline for the opening brief of defendant-appellant 3M Company in the above-captioned matter be set for April 7, 2025. This deadline is within 91 days of January 6, 2025, the date on which 3M filed a certificate that no transcript will be ordered.

Respectfully submitted,

/s/ *Lauren R. Goldman*
Lauren R. Goldman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, N.Y. 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
lgoldman@gibsondunn.com

*Counsel for Defendant-Appellant 3M Company*