## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: State of Connecticut v. EIDP, Inc.　　　　　　　Docket No.: 25-11

Lead Counsel of Record (name/firm) or Pro se Party (name): Christopher Patrick Kelly / Connecticut Office of the Attorney General

Appearance for (party/designation): State of Connecticut / Plaintiff-Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
　　　　Parties: _____
( ) Incorrect.   Please change the following parties' designations:
　　　Party　　　　　　　　　　　　Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Christopher Patrick Kelly
Firm: Connecticut Office of the Attorney General
Address: 165 Capitol Avenue, Hartford, CT 06106
Telephone: 860-808-5250　　　　　　　　　　Fax: 860-808-5386
Email: christopher.kelly@ct.gov

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on March 21, 2024_____ OR that ( ) I applied for admission on_____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Christopher Patrick Kelly
Type or Print Name: Christopher Patrick Kelly
　　　OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.