

OFFICE OF THE ATTORNEY GENERAL
CONNECTICUT

CHRISTOPHER KELLY  Phone: +1 860-808-5250
ASSISTANT ATTORNEY GENERAL

April 9, 2025

**By Electronic Filing**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *State of Connecticut v. EIDP, Inc., et al.*, No. 25-11

Dear Ms. Wolfe,

Pursuant to Local Rule 31.2(a)(1)(B), Plaintiff-Appellee State of Connecticut writes to notify the Court of our request to file appellee's brief on or before **July 7, 2025**, which is within 91 days after the filing of appellant's brief. This request is submitted within 14 days of the filing of appellant's opening brief, which was filed on April 7, 2025.

        Respectfully submitted,

        */s/ Christopher P. Kelly*
        Christopher Patrick Kelly
        Assistant Attorney General
        State of Connecticut

165 Capitol Avenue
Hartford, Connecticut 06106

*An Affirmative Action/Equal Opportunity Employer*