UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-11

**Caption [use short title]:** State of Connecticut v. 3M Company

**Motion for:** Extension of Time by Defendant-Appellant 3M Company

Set forth below precise, complete statement of relief sought:

Defendant-Appellant 3M requests a 14-day extension of time within which to file its reply brief

**MOVING PARTY:** 3M Company
**OPPOSING PARTY:** State of Connecticut

☐ Plaintiff   ☒ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Lauren R. Goldman
**OPPOSING ATTORNEY:** Christopher P. Kelly

[name of attorney, with firm, address, phone number and e-mail]

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, New York, NY 10166
lgoldman@gibsondunn.com / (212) 351-2375

OFFICE OF THE ATTORNEY GENERAL
165 Capitol Avenue, Hartford, CT 06106
christopher.kelly@ct.gov / (860) 808-5250

**Court- Judge/ Agency appealed from:** U.S. District Court for the District of Connecticut / Hon. Stefan R. Underhill

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☒ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes   ☐ No
Has this relief been previously sought in this court?   ☐ Yes   ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?   ☐ Yes   ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ☒ No   If yes, enter date:

**Signature of Moving Attorney:**
/s/ Lauren R. Goldman   **Date:** 7/8/2025   **Service:** ☒ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# No. 25-11

___

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

___

STATE OF CONNECTICUT,

*Plaintiff-Appellee*,

v.

3M COMPANY,

*Defendant-Appellant*,

EIDP, INC., DUPONT DE NEMOURS, INC., CHEMOURS COMPANY,
CHEMOURS COMPANY FC, LLC, CORTEVA, INC.,

*Defendants*.

___

On Appeal from the United States District Court
for the District of Connecticut, No. 3:24-cv-00239

___

**MOTION FOR EXTENSION OF TIME BY
DEFENDANT-APPELLANT 3M COMPANY**

___

| | |
|---|---|
| Paul D. Clement | Lauren R. Goldman |
| Nicholas A. Aquart | GIBSON, DUNN & CRUTCHER LLP |
| CLEMENT & MURPHY, PLLC | 200 Park Avenue |
| 706 Duke Street | New York, NY 10166 |
| Alexandria, VA 22314 | (212) 351-2375 |
| (202) 742-8900 | lgoldman@gibsondunn.com |
| paul.clement@clementmurphy.com | |

*Counsel for 3M Company*

(Additional counsel listed on inside cover)

Amir C. Tayrani
Zachary Tyree
G<span>IBSON</span>, D<span>UNN</span> & C<span>RUTCHER</span> LLP
1700 M Street, N.W.
Washington, DC 20036
(202) 955-8500
atayrani@gibsondunn.com
ztyree@gibsondunn.com

*Counsel for 3M Company*

Pursuant to Second Circuit Rule 27.1(f), Defendant-Appellant 3M Company respectfully requests a 14-day extension of time, through and including August 12, 2025, to file its reply brief. Counsel for the State of Connecticut consents to the requested extension, and there is good cause for the extension.

1. 3M's reply brief is due on July 29, 2025.

2. 3M's requested 14-day extension would extend that deadline to August 12, 2025.

3. Good cause for the extension exists because 3M's counsel have multiple other professional commitments over the next several weeks, including imminent briefing deadlines and oral argument preparations in other matters. Among other things, counsel Lauren R. Goldman has summary judgment and *Daubert* reply briefs due in one case on July 15, 2025; summary judgment and *Daubert* opposition briefs due in another case on July 17, 2025; a motion to dismiss due on July 30, 2025; and a hearing on a motion to dismiss in the Northern District of California on August 14, 2025. Counsel Paul D. Clement has an oral argument in the Federal Circuit on July 10, 2025; a petition for certiorari due on July 23, 2025; a hearing on a motion to dismiss in the Central District of California on July 28, 2025; a response brief due on July 30, 2025; an opening brief due on August 1, 2025; and a response brief due on August 4, 2025. In addition, other attorneys on this

1

matter also have previously scheduled family vacations during the default 21-day briefing period.

4. The requested extension is modest and will not prejudice this Court or any party.

5. 3M has not requested any previous briefing extensions in this matter.

6. Counsel for 3M has conferred with counsel for the State of Connecticut. The State has represented that it consents to this request.

For the foregoing reasons, 3M respectfully requests that the Court grant the motion to extend the deadline for the filing of its reply brief to and including August 12, 2025.

July 8, 2025

| | |
|---|---|
| Paul D. Clement<br>Nicholas A. Aquart<br>CLEMENT & MURPHY, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>(202) 742-8900<br>paul.clement@clementmurphy.com | /s/ Lauren R. Goldman<br>Lauren R. Goldman<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 351-2375<br>lgoldman@gibsondunn.com<br><br>Amir C. Tayrani<br>Zachary Tyree<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W.<br>Washington, DC 20036<br>(202) 955-8500<br>atayrani@gibsondunn.com<br>ztyree@gibsondunn.com |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(1)(E), the undersigned certifies that this motion complies with the applicable typeface, type style, and type-volume limitations. In accordance with Federal Rules of Civil Procedure 32(a)(5) and 32(a)(6), this motion was prepared using a proportionally spaced type (Times New Roman, 14-point font). In accordance with Federal Rule of Appellate Procedure 27(d)(2)(A), this motion contains 329 words. This certificate was prepared in reliance on the word-count function of the word-processing system used to prepare this motion.

July 8, 2025

    */s/ Lauren R. Goldman*
Lauren R. Goldman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, I caused a copy of this motion to be served via ECF on all counsel of record.

                                              */s/ Lauren R. Goldman*
                                              Lauren R. Goldman
                                              GIBSON, DUNN & CRUTCHER LLP
                                              200 Park Avenue
                                              New York, NY 10166