# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand twenty-five.

---

State of Connecticut,

    Defendant - Appellee,

  v.

3M Company,

    Defendant - Appellant,

EIDP, Inc., DuPont de Nemours, Inc., Chemours Company, Chemours Company FC, LLC, Corteva, Inc.,

    Defendants.

---

**ORDER**

Docket No. 25-11

Appellant moves for an extension of time until August 12, 2025 to file the reply brief. Appellee consents to the request.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court