OFFICE OF THE ATTORNEY GENERAL
CONNECTICUT

CHRISTOPHER KELLY
ASSISTANT ATTORNEY GENERAL

Phone: +1 860-808-5250

September 4, 2026

**VIA ELECTRONIC FILING**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: 3M Company's 28(j) letter re *Town of Pine Hill v. 3M Company*, Case No. 25-10746 (11th Cir.) (Jul. 29, 2026)

Dear Ms. Wolfe:

*Pine Hill* adds nothing new to this case. On the "causal connection" prong, the Eleventh Circuit merely attempted to apply *Puerto Rico v. Express Scripts*, 119 F.4th 174 (1st Cir. 2024). The State already thoroughly addressed *Express Scripts* in its brief and distinguished this case under the First Circuit's analysis. Br. at 35-37. While *Express Scripts* rejects the use of a disclaimer where the challenged conduct was performed for both private and federal purposes, it does not support removal where, as here, the challenged conduct was entirely private and it is only the resulting harm that may need to be distinguished.

*Pine Hill* also is not instructive on the "colorable federal defense" prong. In ruling for 3M on that prong, the Eleventh Circuit never responded to the State's argument here: no federal defense is implicated because it has been preempted by the State's AFFF disclaimer and cannot be raised. Br. at 46-47. Without addressing that argument, the Eleventh Circuit concluded that 3M met the "colorable federal defense" requirement because "it is plausible that 3M could be shielded from liability *if it is found that the PFAS contamination was from AFFF sources*." Op. 15-16 (emphasis added.). But as the district court here noted below, any AFFF contamination cannot support liability because it is outside the scope of this case. And because AFFF is outside the scope of this case, the claimed government contractor defense would not apply. Order on Motion to Remand at 12 ("[T]he court nonetheless will not have to determine, and the federal contractors will not have to prove, whether they acted under the direction of the government. That fact is not in dispute."). 3M's alternative causation theory simply does not raise any federal question given the State's disclaimer, and nothing in *Pine Hill* says otherwise.

Very truly yours,

<u>*/s/ Christopher P. Kelly*</u>
Christopher Patrick Kelly
Assistant Attorney General

Counsel for Plaintiff-Appellee
State of Connecticut

cc: All counsel of record (via electronic filing)